# IN THE UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF OHIO
# EASTERN DIVISION

| | | |
|---|---|---|
| PAMELA TOENNIES, | ) | CASE NO. 1:19-CV-02261 |
| | ) | |
| Plaintiff, | ) | MAGISTRATE JUDGE |
| | ) | JONATHAN D. GREENBERG |
| v. | ) | |
| | ) | |
| ANDREW SAUL, | ) | |
| Commissioner of Social Security, | ) | |
| | ) | **JUDGMENT ENTRY** |
| Defendant. | ) | |

Consistent with the Memorandum Opinion and Order of this Court also filed on June 1, 2020, the Commissioner's final decision is AFFIRMED.

**IT IS SO ORDERED**.

s/ *Jonathan D. Greenberg*
U.S. Magistrate Judge

Date: June 1, 2020